■ A. M. KNITWEAR CORP., Respondent, v ALL AMERICA EXPORT-IMPORT CORP., Appellant. (And a Third-Party Action.)—In an action *inter alia* to recover for goods sold and delivered, a quantity of polyester yarn, defendant appeals from (1) an order of the Supreme Court, Kings County, dated December 9, 1974, which, *inter alia,* (a) granted plaintiff's motion for summary judgment and (b) denied defendant's cross motion for summary judgment and (2) the judgment of the same court, entered December 24, 1974, upon the said order. Order and judgment reversed, on the law, with $20 costs and disbursements; plaintiff's motion for summary judgment is denied and defendant's cross motion is granted. In our opinion, there was neither physical delivery of the trailer which contained the yarn to the carrier in compliance with the purchase agreement nor delivery within the meaning of subdivision (2) of section 2-401 and section 2-509 (subd [1], par [a]) of the Uniform Commercial Code. Hence, title to and responsibility for the yarn remained with plaintiff (see *Avisun Corp. v Mercer Motor Frgt.,* 37 AD2d 517). Rabin, Acting P. J., Martuscello, Latham, Margett and Munder, JJ., concur.

■ ELLEN M. ANDERSON, Respondent, v ROBERT ANDERSON, Appellant.—The respective attorneys for the parties on this appeal from an order of the Supreme Court, Queens County, dated August 4, 1975, have agreed that the appeal be withdrawn and that the case be tried on November 13, 1975, after a conference in this court before Mr. Justice Gittleson on October 24, 1975, and thereupon signed a stipulation to such effect. In accordance with the foregoing, the appeal is deemed withdrawn, without costs, and it is further ordered that the case be tried on November 13, 1975. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.

■ RAE BERMAN et al., Respondents, v BLOOMING FARMS JOINT VEN-TURE, Appellant, et al., Defendant.—In a mortgage foreclosure action, defendant Blooming Farms Joint Venture appeals, as limited by its brief, from so much of an order of the Supreme Court, Orange County, dated July 18, 1975, as granted plaintiffs' motion for summary judgment as against it. Order reversed insofar as appealed from, with $20 costs and disbursements; motion denied as to appellant and action severed so as to permit it to proceed against appellant separately. In our view, under the peculiar facts and circumstances shown, appellant is entitled to its day in court to explore the possibility that the mortgagees' conduct in accelerating the mortgage debt may have constituted overreaching. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.